| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | TOMAS E. MARGAIN, Bar No. 193555<br>HUY TRAN, Bar No. 288196<br>Justice at Work Law Group<br>84 West Santa Clara Street, Suite 790<br>San Jose, CA 95113<br>Telephone: (408) 317-1100<br>Facsimile: (408) 351-0105<br>Tomas@JAWLawGroup.com<br>Huy@JAWLawGroup.com |
| 6 | Attorneys for Plaintiff Edwin Garcia |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN GARCIA;<br><br>PLAINTIFF,<br><br>V.<br><br>MOHAMMAD MORTAZAVI AND PINNACLE GROUP CORP,<br><br>Defendants. | Case No. 3:16-cv-05913-MEJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST THAT MATTER BE DISMISSED AND THAT CLERK CLOSE FILE; [PROPOSED] ORDER**<br><br>**Complaint Filed: March 6, 2015** |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

NOTICE IS HEREBY given that Plaintiff EDWIN GARCIA hereby requests that Defendants MOHAMMAD MORTAZAVI AND PINNACLE GROUP CORP be Dismissed **without** prejudice. This notice is accompanied by the declaration of counsel and proposed order.

1

**NOTICE OF DISMISSAL**

Dated: March 15, 2017

                 *//s//Tomas E. Margain//s//*
                 Tomas E. Margain
                 Huy Tran
                 JUSTICE AT WORK LAW GROUP
                 Attorneys for Plaintiff
                 EDWIN GARCIA

## **DECLARATION OF TOMAS E. MARGAIN**

I, Tomas E. Margain, declare as follows:

  1.  I am the attorney of record for Plaintiff EDWIN GARCIA in this case. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto.

  2.  Plaintiffs wish the matter dismissed without prejudice so that he may file in State Court being the San Mateo County Superior Court. The reason for the dismissal is that the claims arise primarily out of State law causes of action, and while there are some potential FLSA violations, the bulk of the claims have to do with Plaintiff's status as an independent contractor and claims under the Private Attorney General Act.

  3.  I apologize to the Court for submitting this after the Court's Ordered deadline of March 9, 2017 for Plaintiff to submit a status report. (DKT 11)

  4.  I had delayed in submitting a Status Report as I was waiting for counsel for Defendants to get back to me on a demand letter. Counsel never got back to me and given the delays in this case my preference is to file this in San Mateo County Superior Court.

  I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, executed on March 15, 2017 in San Jose, California.

                 //s// Tomas Margain
                 Tomas E. Margain

2

**NOTICE OF DISMISSAL**

# **ORDER**

Based on GOOD CAUSE shown and upon the Notice and Declaration of Plaintiff's counsel Tomas E. Margain, the Court orders as follows:

The matter is Dismissed **without** Prejudice as to all parties. All calendared dates are hereby vacated and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: __APRIL 13, 2017__          By: _____
                                   THE HONORABLE MARIA-ELENA JAMES
                                   United States Magistrate Judge

3
**NOTICE OF DISMISSAL**