# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 13, 2017          **Time:** 9:59 am - 10:01 am       **Judge:** Maria-Elena James

**Case No.**: 16-cv-01832-MEJ       **Case Name:**  Gonzalez v. Fallanghina, LLC

**Attorney for Plaintiff:** Robert Baker, Esq. - Counsel appeared by Telephone

**Attorney for Defendant:** Kai-Ching Cha, Esq.

**Deputy Clerk:** Rose Maher                **FTR Time:** 9:59-10:01

## PROCEEDINGS

Joint Motion for Settlement held.  Counsel in  agreement  re Settlement.  Matter submitted. Court approved Settlement.  Court will issue Order

**Order to be prepared by:**

( )     Plaintiff             ( )     Defendant           ( X )   Court